Jenkins v Clarendon Ins. Co. (2021 NY Slip Op 50030(U))

[*1]

Jenkins v Clarendon Ins. Co.

2021 NY Slip Op 50030(U) [70 Misc 3d 135(A)]

Decided on January 15, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on January 15, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, WAVNY TOUSSAINT, JJ

2018-1838 K C

Michelle Jenkins, Respondent, 
against
Clarendon Insurance Company, Appellant.

Law Offices of Moira Doherty, P.C. (Janice P. Rosen of counsel), for appellant.
Law Office of Thomas Torto (Thomas Torto of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Pamela L.
Fischer, J.), entered February 22, 2013. The order, insofar as appealed from, denied defendant's
motion for summary judgment dismissing the complaint.

ORDERED that the order, insofar as appealed from, is affirmed, without costs.
In this action by an eligible injured person to recover first-party no-fault benefits, insofar as
is relevant to this appeal, defendant moved for summary judgment dismissing the complaint on
that ground that, due to plaintiff's failure to comply with a discovery order dated October 16,
2009, plaintiff was precluded from offering testimony at trial. Defendant appeals from so much
of an order of the Civil Court (Pamela L. Fischer, J.) entered February 22, 2013 as denied
defendant's motion. Upon a review of the record, we agree with the Civil Court's implicit
determination that preclusion is not warranted under the circumstances presented.
Accordingly, the order, insofar as appealed from, is affirmed.
ALIOTTA, P.J., ELLIOT and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: January 15, 2021